**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

ACE AMERICAN INSURANCE COMPANY,

    Plaintiff

v.    CASE NO. 3:11-CV-1741 (CSH)

EATON ELECTRICAL, INC.,

    Defendant

## **JUDGMENT**

    This action came on for consideration of the defendant's motion for summary judgment before the Honorable Charles S. Haight, Jr., Senior United States District Judge. The Court having considered the full record of the case, entered a ruling on January 16, 2015, granting the motion. It is therefore;

    ORDERED, ADJUDGED, and DECREED that judgment enter with prejudice, dismissing plaintiff's complaint against the Eaton Electrical, Inc.. The case is closed.

    Dated at New Haven, Connecticut, this 22th day of January, 2015.

    ROBIN D. TABORA, Clerk

    By:    /s/

    Kathleen Falcone
    Deputy Clerk

EOD: January 22, 2015